UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JENNIFER WHITE, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:21-CV-41 |
| | § | |
| BLUE FEDERAL CREDIT UNION, | § | |
| | § | |
| Defendant. | § | |

## **MEMORANDUM AND RECOMMENDATION TO DISMISS**

This is a civil action brought by Plaintiffs Jennifer White and Stormy White who are appearing *pro se*. Plaintiffs sought to prevent the repossession of their vehicles, asserting their finance agreements with Defendant did not contain the correct terms. On April 29, 2021, Plaintiffs were ordered to identify Defendant's appropriate representative for service, to contact the Clerk of Court for a summons form and to file a Motion to Serve Summons on or before May 13, 2021. (D.E. 15). Plaintiffs failed to comply. On May 14, 2021, considering the Plaintiffs were appearing *pro se*, the undersigned extended Plaintiffs' deadline to May 21, 2021. To date, Plaintiffs have failed to comply. Plaintiffs have been continuously cautioned, both at hearings and in written orders, that they must comply will all Court orders or their failure to comply may result in dismiss for want of prosecution. (D.E. 6, D.E. 14 and D.E. 15).

Therefore, it is respectfully recommended that Plaintiffs' case be **DISMISSED** pursuant to Fed. R. Civ. P. 41(b); *see also Martinez v. Johnson*, 104 F.3d 769, 772 (5th

Cir. 1997) (holding district courts have the power to *sua sponte* dismiss a cause of action for failure to prosecute).

ORDERED this 24th day of May, 2021.

*Jason Libby*
Jason B. Libby
United States Magistrate Judge

## NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within **FOURTEEN (14) DAYS** after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to 28 U.S.C. § 636(b)(1)(c); Rule 72(b) of the Federal Rules of Civil Procedure; and Article IV, General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendations in a Magistrate Judge's report and recommendation within **FOURTEEN (14) DAYS** after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court. *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (en banc).